# EXHIBIT A

# www.LEGALPAPERS.net

### "Turning Judgments into Garnishments"

2-6-2004
Client File#- 41.002-05
Client Fax#- 1-4108322536
Our Tax ID#- 52-1581343

Parler & Wobber
Parler & Wobber
406 E. Joppa Rd.
Towson, MD 21286
Attention-

INVOICE TRACKING# 147552 ($)

| DESCRIPTION | QUAN/HRS | AMOUNT |
|---|---|---|
| Service Effectuated | | $65.00 |

Payment Rec'd-
31+ days old adds a Service charge-
BALANCE DUE UPON RECEIPT-          $65.00

Case Information- (U S District Court) / Case#- 1:01cv00039 Hhk
Dominic Novak vs. Capital Managment & Development Corp., Et Al
(Serve on: Robert Alanis)

Serving on/in- Robert Alanis 7900 Gambrill Ct, Springfield, Va
22153 2-5-2004 9:09 pm White Male 6'6'2 170-200 26-35

Bad Address(s)-

*Relocated / Reissue"-

Served/Non-Service Results- Enclosed Please Find The Original
Return Of Service In Reference To The Above Captioned Case.
Please File With The Court Promptly. Thank You For The
Opportunity To Be Of Service To Your Firm.

Baltimore Office & Payment to:
908 York Road, 2nd Floor
Towson, MD 21204
410-823-4444

Click on the
LOCATOR DATABASE BUTTON

Washington D.C. Office:
1101 Spring Street
Lower Level
Silver Spring, MD 20910

# www.LEGALPAPERS.net

### "Turning Judgments into Garnishments"

```
              2-16-2004
         Client File#- 41.002-05
         Client Fax#- 1-4108322536
         Our Tax ID#- 52-1581343
```

Parler & Wobber
Parler & Wobber
406 E. Joppa Rd.
Towson, MD 21286
Attention-

INVOICE   TRACKING# 147846   ($)

| DESCRIPTION | QUAN/HRS | AMOUNT |
|---|---|---|
| Non-est Evading Service | | $0.00 |
| Rush Service Attempt- Same Day | | $25.00 |
| Bad Address | | $20.00 |

```
                 Payment Rec'd-
31+ days old adds a   Service charge-
        BALANCE DUE UPON RECEIPT-           $45.00
```

Case Information- (U S District Court) / Case#-
Dominic Novak vs. Capital Restaurant T/a Zei Club (Serve on: Michael "a." Braxton "jr." A/k/a Mike)

Serving on/in-             36

Bad Address(s)-
257 Red Jade Drive, Upper Marlboro, Md. 20774- Davis Family

*Relocated / Reissue"-

Served/Non-Service Results- Attached Is Our Status Memo Uploaded To Our Website/faxed To Your Office Dated 2/3. Since that date, neither our office or the server has received any response to the messages left at the work location and we believe that he may actually be avoiding service. If this matter is reissued we suggest doing so with a valid home address in addition to the work location. If your office does not have that information we suggest: (1) An Employment/skip Trace Search For A New Home Address, then if necessary (2) A Stakeout Of The Home Address for $35 per hour. Please advise.

---

Baltimore Office & Payment to:
908 York Road, 2nd Floor
Towson, MD 21204
410-823-4444


Click on the
LOCATOR DATABASE BUTTON

Washington D.C. Office:
1101 Spring Street
Lower Level
Silver Spring, MD 20910


**www.LEGALPAPERS.net**
"Experts in Tracking Down Home and Employment Addresses"

```
               5-8-2002
               Client File#- 41.002
               Client Fax#- 1-4108322536
               Our Tax ID#- 52-1581343
```

William Carlos Parler, Jr., Esq.
Parler & Wobber
406 E. Joppa Rd.
Towson, MD 21286
Attention- Henrietta

*INVOICE  TRACKING# 124809   ($)*

| DESCRIPTION | QUAN/HRS | AMOUNT |
|---|---|---|
| Service Effectuated | | $85.00 |
| Payment Rec'd- | | |
| 31+ days old adds a  Service charge- | | |
| BALANCE DUE UPON RECEIPT- | | $85.00 |

Case Information- (U.S District Court) / Case#- 1:01cv00039
Dominic Novak vs. Capital Management & Development (Serve on: John Henderson)

Serving on/in- John Henderson  8206 Glendale Drive, Frederick, Md. 21702 Frederick 5-8-2002 2:12 pm  Hispanic Male 5'8 170 35

Bad Address(s)-

*Relocated / Reissue"-

Served/Non-Service Results- Enclosed Is A Copy Of The Return Of Service In Reference To The Above Captioned Case. The Originals Are Being Filed Shortly With The Courts. Thank You For The Opportunity To Be Of Service To Your Firm.

Baltimore Office & Payment to:
102 W. Pennsylvania Avenue, #105
Towson, MD 21204
410-823-4444

**Subpoenas via the Internet
Check Status of Your Cases,
ONLINE!**

Washington D.C. Office:
1101 Spring Street
Lower Level
Silver Spring, MD 20910


## www.LEGALPAPERS.net
"Experts in Tracking Down Home and Employment Addresses"

```
                    4-8-2002
                    Client File#-
                      Client Fax#- 1-4108322536
                      Our Tax ID#- 52-1581343
```

William Carlos Parler, Jr., Esq.
Parler & Wobber
406 E. Joppa Rd.
Towson, MD 21286
Attention- Henrietta

INVOICE  TRACKING# 123517  ($)

| DESCRIPTION | QUAN/HRS | AMOUNT |
|---|---|---|
| Service Effectuated | | $85.00 |

Payment Rec'd-
31+ days old adds a  Service charge-
BALANCE DUE UPON RECEIPT-  $85.00

Case Information-  (U.S District Court) / Case#- 1:01cv00039
Dominic Novak vs. Capital Management & Development Corp., Et Al
(John Henderson)

Served on- John Henderson  4-6-2002  9:45 am

Bad Address(s)-

*Relocated / Reissue"-

Served/Non-Service Results- Enclosed Is A Copy Of The Return Of Service In Reference To The Above Captioned Case. The Originals Are Being Filed Shortly With The Courts. Thank You For The Opportunity To Be Of Service To Your Firm.

Baltimore Office & Payment to:
102 W. Pennsylvania Avenue, #105
Towson, MD 21204
410-823-4444

**Subpoenas via the Internet**
**Check Status of Your Cases,**
**ONLINE!**

Washington D.C. Office:
1101 Spring Street
Lower Level
Silver Spring, MD 20910



**www.LEGALPAPERS.net**

"Experts in Tracking Down Home and Employment Addresses"

```
                6-28-2002
                Client File#-
                Client Fax#- 1-4108322536
                Our Tax ID#- 52-1581343
```

William Carlos Parler, Jr., Esq.
Parler & Wobber
406 E. Joppa Rd.
Towson, MD 21286
Attention- Henrietta

INVOICE   TRACKING# 126417   ($)

| DESCRIPTION | QUAN/HRS | AMOUNT |
|---|---|---|
| Service Effectuated | | $85.00 |
| Rush Service Attempt- Same Day | | $25.00 |
| Payment Rec'd- | | |
| 31+ days old adds a Service charge- | | |
| BALANCE DUE UPON RECEIPT- | | $110.00 |

Case Information-   (U.S District Court) / Case#- 1: 01cv00039
Dominic Novak vs. Capital Management & Development Corp., Et Al
(Serve on: Niki Novak)

Serving on/in- Niki Novak  908 Jubal Way, Frederick, Md. 21702
Frederick 6-27-2002 8:07 pm  White Female 5'5 125 34

Bad Address(s)-

*Relocated / Reissue"-

Served/Non-Service Results- Enclosed Please Find The Original
Return Of Service In Reference To The Above Captioned Case.
Please File With The Court Promptly.  Thank You For The
Opportunity To Be Of Service To Your Firm.

Baltimore Office & Payment to:
102 W. Pennsylvania Avenue, #105
Towson, MD 21204
410-823-4444

**Subpoenas via the Internet**
**Check Status of Your Cases,**
**ONLINE!**

Washington D.C. Office:
1101 Spring Street
Lower Level
Silver Spring, MD 20910



# www.LEGALPAPERS.net
"Experts in Tracking Down Home and Employment Addresses"

```
                        4-5-2002
                     Client File#-
                       Client Fax#- 1-4108322536
                       Our Tax ID#- 52-1581343
```

William Carlos Parler, Jr., Esq.
Parler & Wobber
406 E. Joppa Rd.
Towson, MD 21286
Attention- Henrietta

INVOICE   TRACKING# 123518   ($)

| DESCRIPTION | QUAN/HRS | AMOUNT |
|---|---|---|
| Service Effectuated | | $85.00 |
| Payment Rec'd- | | |
| 31+ days old adds a  Service charge- | | |
| BALANCE DUE UPON RECEIPT- | | $85.00 |

<u>Case Information</u>-  (U.S District Court) / Case#- 1:01cv00039
Dominic Novak vs. Capital Management & Development Corp., Et Al
(Niki Novak)

<u>Served on</u>- Niki Novak   4-4-2002  8:35 pm

<u>Bad Address(s)</u>-

*Relocated / Reissue"-

<u>Served/Non-Service Results</u>- Enclosed Is A Copy Of The Return Of
Service In Reference To The Above Captioned Case. The Originals
Are Being Filed Shortly With The Courts. Thank You For The
Opportunity To Be Of Service To Your Firm.

*Baltimore Office & Payment to:*
102 W. Pennsylvania Avenue, #105
Towson, MD 21204
410-823-4444

**Subpoenas via the Internet**
**Check Status of Your Cases,**
**ONLINE!**

*Washington D.C. Office:*
1101 Spring Street
Lower Level
Silver Spring, MD 20910




## www.LEGALPAPERS.net
*"Turning Judgments into Garnishments"*

Make Checks Payable To: www.LEGALPAPERS.net
908 York Road, 2nd Floor
Towson, Md 21204

| CLIENT ACCT # | CLIENT NAME | INVOICE # | date Invoiced | PLAINTIFF | SERVE ON | Your File# | Remaining Balance |
|---|---|---|---|---|---|---|---|
| 11902 | Parler & Wobber | 147845 | 2-3-2004 | Dominic Novak | Richard Waller A/K/A | 41.002-0 | $70.00 |
|  | Parler & Wobber | 148203 | 2-5-2004 | *illegible* |  |  |  |
|  | Parler & Wobber | 147552 | 2-3-2004 | Dominic Novak | Robert Alanis | 41.002-0 | $65.00 |
|  | Parler & Wobber | 147550 | 2-11-2004 | Dominic Novak | David Karim | 41.002-0 | $20.00 |
|  | Parler & Wobber | 147549 | 2-11-2004 | Dominic Novak | Sunra Israel Mack | 41.002-0 | $20.00 |
|  | Parler & Wobber | 147846 | 2-16-2004 | Dominic Novak | Michael "a." Braxton "jr." A/K/a Mike | 41.002-0 | $45.00 |
|  | Parler & Wobber | 147548 | 2-16-2004 | Dominic Novak | Hector Alleyne | 41.002-0 | $15.00 |

This is your monthly statement from invoices dating 2-1-04
Please pay us promptly to keep our process servers happy
Parler & Wobber 410-832-2575. Our invoicing dept is 410-823-4444 ext 150.

Baltimore Office & Payment to:
908 York Road, 2nd Floor
Towson, MD 21204
410-823-4444


Click on the
LOCATOR DATABASE BUTTON

Washington D.C. Office:
1101 Spring Street
Lower Level
Silver Spring, MD 20910