# EXHIBIT B

# Parler & Wobber

*A Limited Liability Partnership*
*Attorneys at Law*

The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286

Telephone (410) 832-1800
Facsimile (410) 832-2536
e-mail: Lawyers@ParlerWobber.com

William C. Parler, Jr.*
Kathleen M. Wobber*

Paul G. Randazzo
Dawn M. Kirkwood*
Timothy Manuelides
Thomas F. Burns

*Also licensed in the District of Columbia

January 2, 2004

Nancy Borregard, Claims Consultant
**ROYAL & SUNALLIANCE**
1500 Market Street
12th Floor West
Philadelphia, PA 19106

       Re: Novak v. Capital
       Claim: 2870063929-00
       DOL: 3/22/98

Dear Ms. Borregard,

  Please find enclosed copies of check issued from our firm totaling $1,629.75 for copies of Criminal Trial Transcripts. A detail of the checks has been attached for easy reference. Please be kind enough to remit a check to this firm as reimbursement for said expenses.

  I thank you for your time and you attention to this letter.

          Very Truly Yours,


         Kevin M. Sparenberg
         Billing Manager

L.A.D. Reporting & Digital Videography
1100 Connecticut Avenue, N.W.
Suite 850
Washington, DC 20036
(202) 861-3410   Fax (202) 861-3425

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 114802 | 06/17/2004 | 01-36453 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 06/03/2004 | GOREBR | 1:01CV00039 ( |
| CASE CAPTION | | |
| Novak -v- Capital Management | | |
| TERMS | | |
| Due upon receipt | | |

William Carlos Parler, Jr., Esquire
Parler & Wobber, L.L.P.
406 East Joppa Road
Towson, MD 21286

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Lawerence W. Sherman, Ph.D        284 Pages              639.00
        Regular Delivery                                      10.00
                                                          ─────────
                         TOTAL   DUE   >>>>                  649.00

For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
Please note that L.A.D. will attempt to
accommodate third-party billing requests.
However, such accommodation in no way
relieves the party who originally ordered
the above services of its obligation to pay
this invoice.
```

TAX ID NO.: 52-1684455                                (410) 832-1800   Fax (410) 832-2536

*Please detach bottom portion and return with payment.*

William Carlos Parler, Jr., Esquire
Parler & Wobber, L.L.P.
406 East Joppa Road
Towson, MD 21286

```
Invoice No.:  114802
Date       :  06/17/2004
TOTAL DUE  :     649.00


Job No.    :  01-36453
Case No.   :  1:01CV00039 (HHK)
Novak -v- Capital Management
```

Remit To:   **L.A.D. Reporting & Digital Videography**
            **1684 East Gude Drive**
            **Suite 201**
            **Rockville, MD 20850**




## PRECISE REPORTING SERVICES, INC.
*8804 Sumner Grove Drive*
*Laurel, Maryland 20708*
*Phone (301) 210-5092*
*Federal I. D. No.: 52-2111646*

KATHLEEN M. WOBBER, ESQUIRE
Parler & Wobber, L.L.P.
406 E. Joppa Road, Hemenway Building
Towson, Maryland 21286

April 09, 2003
Invoice No.: 2827
Balance :                    $204.25

# INVOICE

## CHARGE DESCRIPTION

DOMINIC NOVAK vs. CAPITAL MANAGEMENT
DEVELOPMENT CORPORATION, et al.
Case No.: 1:01CV00039

**DEPOSITION OF:    SUNRA ISRAEL MACK**

| | |
|---|---:|
| Copy - 77 Pages | 173.25 |
| Condensed Transcript, Index & Email ASCII | 20.00 |
| Shipping & Handling | 11.00 |

Taken On: Tuesday, March 25, 2003

Reporter:  Carol J. Robinson, RPR

**Please Remit - Net Terms 30 Days**                                       204.25

*Thank You For Your Business!*

```
1   HALASZ REPORTING           Make check payable to:
    Court Reporters               HALASZ REPORTING
2   P. O. Box 1644             Federal I.D. No. 54-1370651
    Richmond, Virginia 23218
3   (804) 741-5215                INVOICE NO. 03LMK/128

4
                            July 15, 2003
5   _____

6   Mark Herrman, Esq.
    Parler & Wobber
7   P. O. Box 8088
    Richmond, Virginia 23223-0088
8
                Re:   Novak v. Capital Management
9

10
                DATE TAKEN:   June 19, 2003
11              Deposition of Dr. Peck

12

13          Original and one copy              $318.00
            (Rptr. Expense)                      10.00
14
            Total:                             $328.00
15

16   PLEASE INCLUDE A COPY OF THIS BILL WITH PAYMENT

17

18            PAYMENT DUE WITHIN 30 DAYS
       INTEREST TO ACCRUE AT 12% PER ANNUM THEREAFTER
19
     (Original transcript and exhibits w/ Mr. Herrmann)
20

21

22   LAWYER:  Herrmann

23   REPORTER:   LISA M. KULL

24
                           THANK YOU
25
```

p0x0Y

HALASZ REPORTING  
Court Reporters  
P. O. Box 1644  
Richmond, Virginia 23218-1644  
(804) 741-5215

Make check payable to:  
Halasz Reporting  
FED. ID: 54-1370651

INV NO: 03-ekw-1314

For Professional Services Rendered:

Mark E. Herrmann, Esquire  
Parler & Wobber  
1015 East Main Street, 2nd Floor  
P.O. Box 8088  
Richmond, VA 23223-0088


Re: Dominic Novak vs. Capital Mangement, et al.


Date of Proceeding: July 29th, 2003


Attendance, original and one minuscript copy  
of the deposition transcript of Peder Melberg  
taken in the above-styled matter.


TOTAL ..... $241.35


PLEASE INCLUDE A COPY OF THIS BILL WITH PAYMENT  
PAYMENT DUE WITHIN 30 DAYS  
INTEREST TO ACCRUE AT 12% PER ANNUM THEREAFTER  
INVOICE DATE: 8-15-03


REPORTER: Keith Williamson, RPR