# EXHIBIT C

| Details | Draft/Ck | Date | Dist | Tran | Letter Number | Close Ind | Type Py/Ry | Sub Type | Payee | —In Payment For— From Date To Date | Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|
| View | 61204384 | 07/07/2004 | | IPAY | | | 79 | | L.A.D. REPORTING COMP | INVOICE: 114802 | $849.00 |
| View | 61179935 | 06/25/2004 | | IPAY | | | 40 | 99 | LOUIS J. MACCINI | CONSULTING SERVICES PROVIDED FOR TH | $1,800.00 |
| View | 61172330 | 06/23/2004 | | IPAY | | | 40 | 99 | CRIME CONTROL RESEARC | INVOICE: NOVAK060704 | $4,815.96 |
| View | 60961065 | 04/01/2004 | | IPAY | | | 40 | 99 | DAVID BUCHHOLZ, M.D., | 02/26/2004 02/27/2004 | $2,220.00 |
| View | 60961066 | 04/01/2004 | | IPAY | | | 40 | 99 | ROBERT O. GORDON, M.D | 03/05/2004 03/05/2004 | $120.00 |
| View | 60961067 | 04/01/2004 | | IPAY | | | 40 | 99 | CLINICAL FORENSIC NEU | INVOICE NUMBER: 721 | $307.50 |
| View | 60898269 | 03/10/2004 | | IPAY | | | 41 | | DAVID BUCHHOLZ, M.D., | REVIEW OF RECORDS | $2,760.00 |
| View | 60545384 | 11/10/2003 | | IPAY | | | 40 | 99 | CRIME CONTROL RESEARC | INVOICE: NOVAK090503 | $4,725.00 |
| View | 60430908 | 10/07/2003 | | IPAY | | | 40 | 99 | PRECISE REPORTING SER | INVOICE: 2327 | $204.25 |
| View | 60425369 | 10/06/2003 | | IPAY | | | 80 | 99 | INNERFAX INC. | INVOICE: 50174 | $617.50 |
| View | 60293618 | 08/26/2003 | | IPAY | | | 40 | 99 | HEALTH INFORMATION RE | INVOICE # 1983 | $832.80 |
| View | 60264521 | 08/18/2003 | | IPAY | | | 80 | 99 | INVESTIGATIVE CONSULT | INVOICES # 13119 AND 13125 | $5,691.00 |
| View | 60241131 | 08/11/2003 | | IPAY | | | 80 | 99 | CRIME CONTROL RESEARC | INVOICE: NOVAK073103 | $4,213.25 |
| View | 60241130 | 08/11/2003 | | IPAY | | | 80 | 99 | GORE BROTHERS | INVOICE: 10067394 | $1,016.25 |
| View | 60241129 | 08/11/2003 | | IPAY | | | 80 | 99 | ORGANIZED INVESTIGATI | INVOICE: 10294 | $385.13 |
| View | 60223213 | 08/05/2003 | | IPAY | | | 80 | 99 | INVESTIGATIVE CONSULT | INVOICE: 18117 | $1,560.00 |
| View | 60209187 | 07/31/2003 | | IPAY | | | 41 | | REHABILITATION EXPERT | INVOICE: 03001 | $629.81 |
| View | 60209186 | 07/31/2003 | | IPAY | | | 79 | | GORE BROTHERS | INVOICE: 10066917 | $538.00 |
| View | 60209185 | 07/31/2003 | | IPAY | | | 79 | | REGAN, HALPERIN & LON | REIMBURSEMENT OF 50% OF COST OF COP | $90.65 |
| View | 60164335 | 07/18/2003 | | IPAY | | | 40 | 99 | CRIME CONTROL RESEARC | INVOICE # NOVAK060903 | $8,325.00 |
| View | 60144207 | 07/14/2003 | | IPAY | | | 80 | 99 | ORGANIZED INVESTIGATI | INVOICE # 10270 | $1,091.35 |
| View | 60144206 | 07/14/2003 | | IPAY | | | 79 | | GORE BROTHERS | INVOICE # 10066335 | $762.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| n/a | C4082837 | 08/15/2002 | RCVY | 51 | | | | ($249.90) |
| View | 64849550 | 08/15/2002 | IPAY | 79 | | GORE BROTHERS | INVOICE: 10058183 | $796.40 |
| View | 64833098 | 08/13/2002 | IPAY | 41 | | ROBERT O. GORDON, M.D | IME'S DOMINIC NOVAK & GEORGE VALDIV | $480.00 |
| View | 64800266 | 08/05/2002 | IPAY | 40 | 99 | CRIME CONTROL RESEARC | RETAINER FEE NOVAK V. CAPITAL RESTA | $3,000.00 |
| View | 64637399 | 06/24/2002 | IPAY | 40 | 99 | FORENSIC NEUROSCIENCE | INVOICE: 1337 | $1,365.00 |
| View | 64620991 | 06/19/2002 | IPAY | 40 | 99 | REHABILITATION EXPERT | INVOICE: 02752 | $437.50 |
| View | 64535187 | 05/29/2002 | IPAY | 80 | 99 | INNERFAX INC. | INVOICE: 48014 | $503.55 |
| View | 64535188 | 05/28/2002 | IPAY | 40 | 99 | FORENSIC NEUROSCIENCE | INVOICE 1328 | $780.00 |
| View | 64464866 | 05/08/2002 | IPAY | 41 | | DAVID BUCHHOLZ, M.D.. | NOVAK V. CAPITAL | $275.00 |
| View | 64281457 | 03/21/2002 | IPAY | 79 | | GORE BROTHERS | INVOICE: 10054983 | $518.75 |
| View | 64281456 | 03/21/2002 | IPAY | 41 | | ROBERT O. GORDON, M.D | CONSULT FOR PATIENTS GEORGE VALDIVI | $480.00 |
| View | 64271103 | 03/19/2002 | IPAY | 40 | 99 | ROBERT O. GORDON, M.D | INVOICE: CONSULT ON DOMINIC NOVAK | $240.00 |
| View | 64141414 | 02/14/2002 | IPAY | 79 | | L.A.D REPORTING COMP | INVOICE: 64652 | $138.70 |
| View | 63749577 | 11/01/2001 | IPAY | 79 | | POWELL & ASSOCIATES | INVOICE: 26 - COPIES OF MEDICAL FRO | $33.48 |
| View | 63711971 | 10/23/2001 | IPAY | 79 | | POWELL & ASSOCIATES | INVOICE: WC-29 | $37.30 |
| View | 63302099 | 05/30/2001 | IPAY | 80 | 99 | ORGANIZED INVESTIGATI | 10/13/2000 03/28/2001 | $6,095.82 |
| View | 63242490 | 05/04/2001 | IPAY | 80 | 99 | ORGANIZED INVESTIGATI | 3687 | $3,516.85 |
| View | 63092298 | 03/09/2001 | IPAY | 80 | 99 | INVESTIGATIVE CONSULT | 02/10/2001 02/17/2001 | $2,090.00 |
| View | 62088369 | 03/08/2001 | IPAY | 80 | 99 | INNERFAX, INC. | INVOICE NUMBER. 46007 | $571.20 |

>> Next