# EXHIBIT D

# Parler & Wobber

*A Limited Liability Partnership*
*Attorneys at Law*

The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286

William C. Parler, Jr.*
Kathleen M. Wobber*

Paul G. Randazzo
Dawn M. Kirkwood*
Bryan T. Pennington
Timothy Manuelides
Thomas F. Burns

*Also licensed in the District of Columbia

Telephone (410) 832-1800
Facsimile (410) 832-2536
e-mail: Lawyers@ParlerWobber.com

May 1, 2002

Nancy Borregard, Claims Consultant
**ROYAL & SUNALLIANCE**
330 Market Street
Suite 402
Philadelphia, PA 19106

Re: Novak v. Capital
Claim: 2870063929-00
DOL: 3/22/98

Dear Ms. Borregard,

Please find enclosed an invoice from the Office of David Buchholz, M.D. in the amount of $1,100.00 for services rendered in the above referenced case. As it currently stands Plaintiff's Counsel failed to present the plaintiff for the Independent Medical Examination noted at entry 4 on the itemized activity record. Being that this was Plaintiff's responsibility, this amount of (1.5) hours totaling $825.00 has been forwarded to Plaintiff's Counsel for payment. Please find enclosed a letter to Mr. E. Wayne Powell stating these facts. Withstanding this (1.5) hours our firm is still responsible for (0.5) hours of service totaling $275.00. Please be kind enough to remit payment directly to this vendor.

I thank you for your time and you attention to this letter.

Very Truly Yours,

Kevin M. Sparenberg
Billing Manager

Enclosures: (1) Invoice dated 4/25/2002
(1) Letter to E. Wayne Powell

# Parler & Wobber

*A Limited Liability Partnership*
*Attorneys at Law*
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286

William C. Parler, Jr.*
Kathleen M. Wobber*

Paul G. Randazzo
Dawn M. Kirkwood*
Timothy Manuelides
Thomas F. Burns

*Also licensed in the District of Columbia

Telephone (410) 832-1800
Facsimile (410) 832-2536
e-mail: Lawyers@ParlerWobber.com

July 1, 2002

Nancy Borregard, Claims Consultant
**ROYAL & SUNALLIANCE**
1500 Market Street
12th Floor West
Philadelphia, PA19106

Re: Novak v. Capital
Claim: 2870063929-00
DOL: 3/22/98

Dear Ms. Borregard,

 Please find enclosed an invoice from Rehabilitation Experts of Maryland, Inc. in the amount of $444.06 for services rendered in the above referenced case. Please be kind enough to remit payment directly to this vendor.

 I thank you for your time and you attention to this letter.

   Very Truly Yours,

   Kevin M. Sparenberg
   Billing Manager

Enclosures: (1) Invoice #02752

### DAVID BUCHHOLZ, M.D.
Neurology

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, MD 21093

Telephone (410) 583-2830                                      Telecopier (410) 583-2835

## INVOICE

Date: _2/3/04_

Re: _Novak v. Capital Restaurant_
_41.002-05_

Dear _Mr. Parler_:

Enclosed please find a record of my time and expenses devoted to the above-captioned case. The total time is _4.6_ hours at $ _600_ per hour, and the total expenses are $ _____, creating a **balance due of $** _2760_ .

This is payable to:

David Buchholz, M.D., P.A.
10753 Falls Road, Suite 315
Lutherville, Maryland 21093

The tax ID number is: 52-2027402

Thank you very much.

Yours sincerely,

David Buchholz, M.D.

DB:CM

Enclosure

| Date | Item | Comment | Time | Expense |
|------|------|---------|------|---------|
| 12/18/02 | 7,12 | | 0.1 | |
| 12/20/02 | 7 | | 0.2 | |
| 1/31/03 | 1,12 | | 0.1 | |
| 2/7/03 | 5,7,12 | 5= Mr. Parker | 0.3 | |
| 2/15/03 | 12 | | 0.1 | |
| 2/28/03 | 1,2 | | 0.1 | |
| 5/2/03 | 1,2 | | 0.1 | |
| 6/6/03 | 6 | | 0.1 | |
| 6/13/03 | 12 | | 0.1 | |
| 6/16/03 | 6 | | 0.1 | |
| 7/5/03 | 2 | | 0.2 | |
| 7/15/03 | 6 | | 0.1 | |
| 7/21/03 | 2 | | 0.1 | |
| 7/22/03 | 1,2,5 | 5= Mr. Parker's office | 0.2 | |
| 7/23/03 | 5 | Mr. Parker | 0.1 | |
| 1/14/04 | 1,6,12 | | 0.2 | |
| 1/15/04 | 1,12 | | 0.1 | |
| 1/29/04 | 5,6 | 5= Mr. Anthony | 0.1 | |
| 2/2/04 | 1,2,3 | | 0.1 | |
| 2/2/04 | 6 | | 0.1 | |

**Key to items:**

1 = receipt/review of correspondence
2 = receipt/review of records
3 = receipt/review of testimony
4 = receipt/review of radiographs
5 = telephone conversation
6 = scheduling
7 = preparation of report/correspondence
8 = IME (time reserved)
9 = meeting
10 = testimony
11 = travel
12 = other

| Date | Item | Comment | Time | Expense |
|------|------|---------|------|---------|
| 2/5/04 | 9 | reserved; cancelled < 48 hrs. | 1.0 | |
| 2/5/04 | 10 | "        "        "   " | 1.0 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Key to items:**

1 = receipt/review of correspondence
2 = receipt/review of records
3 = receipt/review of testimony
4 = receipt/review of radiographs
5 = telephone conversation
6 = scheduling
7 = preparation of report/correspondence
8 = IME (time reserved)
9 = meeting
10 = testimony
11 = travel
12 = other

Parler & Wobber
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
William C. Parler, Esq.

June 7, 2004

**Invoice # NOVAK060704**

RE:        Dominic Novak v. Capital Restaurant t/a Zei Club

| Professional Services<br>**Lawrence W. Sherman, Ph.D.** | | <u>**Hrs/Rate**</u> | <u>**Amount**</u> |
|---|---|---|---|
| 04/26/04 | Deposition preparation | .25<br>300.00/hr | 75.00 |
| 06/01/04 | Deposition preparation | 1.00<br>300.00/hr | 300.00 |
| 06/02/04 | Deposition preparation | 1.00<br>300.00/hr | 300.00 |
| 06/02/04 | Travel time to Baltimore for deposition | 2.50<br>300.00/hr | 750.00 |
| 06/03/04 | Deposition preparation – crime analysis | 1.50<br>300.00/hr | 450.00 |
| 06/03/04 | Deposition preparation – review | 2.25<br>300.00/hr | 675.00 |
| 06/03/04 | Conference | 1.00<br>300.00/hr | 300.00 |
| 06/03/04 | Conference | 0.50<br>300.00/hr | 150.00 |
| 06/03/04 | Travel time to Philadelphia from deposition | 2.25<br>300.00/hr | 675.00 |

**SUBTOTAL:**                                        **[ 12.25   $3,675.00]**

<u>Hrs/Rate</u>    <u>Amount</u>

### Eva F. Sherman, Esq.

| Date | Description | Hrs/Rate | Amount |
|------|-------------|----------|--------|
| 01/28/04 | Case review: Review for trial | 0.25 225.00/hr | 56.25 |
| 02/26/04 | Case review: Review of documents | 0.50 225.00/hr | 112.50 |
| 05/29/04 | Deposition preparation | 0.75 225.00/hr | 168.75 |
| 06/02/04 | Deposition preparation | 1.75 225.00/hr | 393.75 |
| 06/03/04 | Document review: Documents in case | 0.50 225.00/hr | 112.50 |
| 06/03/04 | Deposition preparation | 0.25 225.00/hr | 56.25 |

**SUBTOTAL:**                                [    **4.00   $ 900.00** ]

Travel Expenses:
Round trip mileage: 200 miles @ $o.30/per mile          $  60.00
Hotel and meals                                                      180.96
**Total travel expenses**                                      **$ 240.96**

Total Amount of Invoice                                                   $ 4,815.96

**Invoice Balance Due**                                             **$ 4,815.96**

Please make checks payable to Crime Control Research Corporation.
Federal Id. No. 52-1241755.

Sincerely,

Lawrence W. Sherman
President



# THE JOHNS HOPKINS UNIVERSITY
DEPARTMENT OF ECONOMICS

Mergenthaler 439
3400 N. Charles St.
Baltimore, MD 21218
Tel: (410) 516-7607
Fax: (410) 516-7600
e-mail: maccini@jhu.edu

LOUIS J. MACCINI
Professor of Economics
Chair of Department

February 12, 2004

Mr. William C. Parler, Jr.
Parler & Wobber
The Hemenway Building
406 E. Joppa Rd.
Towson, MD 21286

Dear Mr. Parler:

My bill for the consulting services that I provided to you in the case Novak v. Capital Restaurant is $1800.

My bill is based on a rate of $150 per hour for twelve hours of work. I spent my time reviewing and preparing a critique of the Cook and Melberg reports; reviewing the Cook, Melber and Novak deposition transcripts; reviewing the Shedlin report and the other materials in the case you sent me; preparing my own estimates of the economic loss; and conferring with you, with you and Mr. Mark Herman, and with Mr. Shedlin by phone about the case.

My social security number is 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.

Thank you.

Sincerely,

Louis J. Maccini
Professor and Chair

ROBERT O. GORDON, M.D.
PRACTICE LIMITED TO ORTHOPAEDIC SURGERY

WASHINGTON HOSPITAL CENTER
PHYSICIANS OFFICE BLDG. SOUTH TOWER
106 IRVING ST., N.W. #211
WASHINGTON, D.C. 20010

GEORGETOWN MEDICAL CENTER
DEPT. OF ORTHOPEDIC SURGERY
PASQUERILLA HEALTH CENTER-GROUND FLOOR
3800 RESERVOIR ROAD, N.W.
WASHINGTON, D.C. 20007-2197

MAILING ADDRESS
P.O. BOX 4070
LARGO, MD 23775
(301) 229-8001
FAX (301) 249-7874

GEORGETOWN MEDICAL OFFICES
1396 PICCARD DRIVE
ROCKVILLE, MD 20850

GEORGETOWN MEDICAL OFFICES
3833 NORTH FAIRFAX DRIVE
ARLINGTON, VA 22203

January 30, 2004

Dear  *Atty Parker*

Please find enclosed an invoice for $480⁰⁰ for scheduling Dr. Robert Gordon to testify in court or by deposition on 2/17/04. If he does testify or if a time held fee is charged related to testifying on that date, this scheduling fee will be applied towards these charges.

As soon as payment is received, the case will be scheduled.

Thank You

*Robert O Gordon, M.D.*

# ATTENDING PHYSICIAN'S STATEMENT
## ROBERT O. GORDON, MD
### Practice Limited to Orthopaedic Surgery

MAILING ADDRESS:
P.O. BOX 4070 • LARGO, MD 20775
**(301) 229-8001**

PLACE OF SERVICE
☑ DC
☐ MD
☐ VA

Fed. Tax I.D. No. 52-2257692    Medicare No. CO _____    D.C. Blue Cross No. _____    MD Blue Cross No. _____

| OFFICE SERVICES | | PROCEDURES | | | | CASTS / SPLINTS | | |
|---|---|---|---|---|---|---|---|---|
| **NEW PATIENT** | | 20550 | TENDON INJECTION | | | 29075 | SHORT ARM CAST | R L |
| 201 | LIMITED | 20600 | SMALL JOINT INJ./ASP. | R | L | 29065 | LONG ARM CAST | R L |
| 202 | EXPANDED | 20605 | INTER. JOINT INJ./ASP. | R | L | 29425 | SHORT LEG WALKING | R L |
| 203 | DETAILED | 20610 | LARGE JOINT INJ./ASP. | R | L | 29365 | CYLINDER CAST | R L |
| 204 | COMPREHENSIVE | | | | | 29125 | SA SPLINT | R L |
| 205 | COMPLEX | J0702 | CELESTONE SOLUSPAN | R | L | 29105 | LA SPLINT | R L |
| **ESTABLISHED PATIENT** | | | | | | 29130 | FINGER SPLINT | R L |
| 211 | LIMITED | J1100 | LIDOCAINE | R | L | 29085 | THUMB SPICA | R L |
| 212 | EXPANDED | | | | | 29405 | SHORT LEG CAST | R L |
| 213 | DETAILED | | | | | 29345 | LONG LEG CAST | R L |
| 214 | COMPREHENSIVE | | **SPECIAL SERVICES** | | | 99070 | MISCELLANEOUS SUPPLIES | |
| 215 | COMPLEX | | INDEPENDENT MEDICAL EVALUATION | | | | | |
| 024 | POST OP VISIT | 99361 | CONF. W/REHB NURSE | | | | **APPLIANCES** | |
| 058 | PROLONGED VISIT | | | | | A4460 | ACE BANDAGE | |
| **CONSULTATIONS** | | | | | | A4565 | ARM SLING | |
| 241 | LIMITED | | | | | L4350 | AIR CAST | |
| 242 | EXPANDED | | | | | E0100 | CANE | |
| 243 | DETAILED | | | | | L3252 | CAST BOOT | |
| 244 | COMPREHENSIVE | | | | | L0120 | CERVICAL COLLAR | |
| 245 | COMPLEX | | | | | L3650 | CLAVICULAR SPLINT | |
| **INPATIENT CONSULTS** | | | | | | E0112 | CRUTCHES | |
| 251 | LIMITED | | | | | L3800 | GAMEKEEPER SPLINT | |
| 252 | EXPANDED | | | | | L1830 | KNEE IMMOBILIZER | |
| 253 | DETAILED | | | | | L1820 | KNEE IMMOBILIZER - HINGED | |
| 254 | COMPREHENSIVE | | | | | L3260 | POST-OP SHOE | |
| 255 | COMPLEX | | | | | L0210 | RIB BELT | |
| | | | | | | L6650 | SHOULDER IMM. - CANVAS | |
| | | | | | | L3446 | TENNIS ELBOW SPLINT | |
| | **DIAGNOSES** | | | | | L3908 | WRIST SPLINT | |

*Handwritten in Special Services area:* Scheduling Fee for 2/17/04 Trial  #0

| | DIAGNOSES | | | | | |
|---|---|---|---|---|---|---|
| .0 | CERVICAL STRAIN | 717.9 | INTERNAL DERANGEMENT OF KNEE | | R | L |
| .1 | DORSAL STRAIN | 717.7 | CHONDROMALACIA OF KNEE | | R | L |
| .2 | LUMBAR STRAIN | 721.0 | DEGENERATIVE ARTHRITIS -CERVICAL | | | |
| .2 | BACK PAIN | 721.3 | DEGENERATIVE ARTHRITIS - LUMBAR | | | |
| .1 | NECK PAIN | 715.95 | DEGENERATIVE ARTHRITIS - HIP | | R | L |
| .10 | LUMBAR DISC DISPLACEMENT | 715.96 | DEGENERATIVE ARTHRITIS - KNEE | | R | L |
| .02 | LUMBAR STENOSIS | | REFERRING PHYSICIAN | | | |
| .4 | LUMBAR RADICULITIS | | | | | |
| .8 | KNEE STRAIN | R L | DRS. SIGNATURE | | | |
| .00 | ANKLE STRAIN | R L | | | | |
| .10 | BURSITIS OF SHOULDER | R L | | | | |

S SECTION FOR SURGICAL PROCEDURES, SERVICE DATES, ETC.

**PLACE OF SERVICE**

☐ IN PATIENT     ☐ OUT PATIENT
☐ OFFICE         ☐ EMERGENCY ROOM

**HOSPITAL**
☐ G.T.   ☐ SIB   ☐ WHC   ☐ NRH
☐

SERVICE DATE  1/30/04

PATIENT NAME  Novak, Dominic

BIRTHDATE

**PATIENT DISABILITY STATEMENT**

| DATE FIRST SEEN | DATE LAST SEEN |
|---|---|
| | |

DATE ACCIDENT OCCURED
OR SYMPTOMS APPEARED      MO.      DAY      YR.

DISABILITY         ☐ ACCIDENT        ☐ INJURY
RELATED TO         ☐ COMPENSATION    ☐ OTHER

UNABLE TO WORK
FROM _____  TO _____

O.K. TO RETURN TO WORK:

| CHARGES | PAYMENTS | CHK | NEW BALANCE |
|---|---|---|---|
| 480 (w) | | CSH | |

**TO BE SEEN**

## Crime Control Research Corporation
3507 Baring Street
Philadelphia, PA 19104
(215) 243-1130

Parler & Wobber
The Hemenway Building
406 E. Joppa Road
Towson MD 21286
William C. Parler, Esq.

October 03, 2002

**Invoice # 10535**
RE:      Dominic Novak v. Capital Restaurant t/a Zei Club

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| **Lawrence W. Sherman, Ph.D** | | |
| 8/30/02 Conference: with Eva F. Sherman re: Population counts, Information needed | 0.25 300.00/hr | 75.00 |
| Research: Map of premises; blocks where club is; etc. | 0.50 300.00/hr | 150.00 |
| SUBTOTAL: | [    0.75 | 225.00] |
| **Eva F. Sherman, Esq.** | | |
| 8/27/02 Document review | 3.00 225.00/hr | 675.00 |
| 8/28/02 Document review: D. Novak deposition | 0.75 225.00/hr | 168.75 |
| 8/30/02 Conference: with Lawrence W. Sherman re: Population counts, information needed | 0.25 225.00/hr | 56.25 |
| Document review: Incident reports | 0.25 225.00/hr | 56.25 |

10/3/02

Page 2

Parler & Wobber

| | Hrs/Rate | Amount |
|---|---|---|
| 9/17/02 Document review: Trial [criminal] transcript | 0.50 225.00/hr | 112.50 |
| 9/18/02 Document review: Club Zei incident reports | 1.25 225.00/hr | 281.25 |
| 9/19/02 Document review: Club Zei incident reports | 2.25 225.00/hr | 506.25 |
| 9/24/02 Document review: Criminal trial transcripts | 4.50 225.00/hr | 1,012.50 |
| Document review: Criminal trial transcripts | 4.50 225.00/hr | 1,012.50 |
| 9/26/02 Document review: Criminal trial transcripts | 1.75 225.00/hr | 393.75 |
| 9/30/02 Document review: Criminal trial transcripts | 2.50 225.00/hr | 562.50 |
| 10/2/02 Document review: Criminal trial transcripts | 2.25 225.00/hr | 506.25 |
| Case review: Criminal trial transcripts | 0.75 225.00/hr | 168.75 |
| SUBTOTAL: | [ 24.50 | 5,512.50] |
| For professional services rendered | 25.25 | $5,737.50 |
| 10/3/02 Payment from account | | ($3,000.00) |
| Total payments and adjustments | | ($3,000.00) |
| Balance due | | $2,737.50 |

Please make check payable to Crime Control Research Corporation.
Federal Id. No. 52-1241755.

Sincerely,

10/3/02

Parter & Wobber

Lawrence W. Sherman
President

## Crime Control Research Corporation
### 3507 Baring Street
### Philadelphia, PA 19104
### (215) 243-1130

Parler & Wobber
The Hamerway Building
406 E. Joppa Road
Towson MD 21286
William C. Parler, Esq.

November 01, 2002

Invoice # 10836

RE:      Dominic Novak v. Capital Restaurant t/a Zel Club

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| **Lawrence W. Sherman, Ph.D** | | |
| 10/8/02  Conference: with Eva F. Sherman | 0.75 300.00/hr | 225.00 |
| | | |
| SUBTOTAL: | [ 0.75 | 225.00] |
| **Eva F. Sherman, Esq.** | | |
| 10/3/02  Client call(s): Mr. Parler  re: Documents in case, tec. | 0.50 225.00/hr | 112.50 |
| Document review: Review of police reports | 0.25 225.00/hr | 56.25 |
| Document review: Comparing statements, trial transcripts and depositions | 1.00 225.00/hr | 225.00 |
| Document review: Bates deposition | 0.50 225.00/hr | 112.50 |
| Document review: Criminal trial transcripts | 0.75 225.00/hr | 168.75 |

Parler & Wobber

Page   2

| | Hrs/Rate | Amount |
|---|---|---|
| 10/4/02 Document review: Novak deposition, etc. | 0.75 225.00/hr | 168.75 |
| 10/8/02 Conference: with Lawrence W. Sherman | 0.75 225.00/hr | 168.75 |
| 10/10/02 Document review: Fact Mapping | 1.00 225.00/hr | 225.00 |
| Client call(s): Mr. Parler re: Documents in case | 0.25 225.00/hr | 56.25 |
| 10/16/02 Document review: Deposition transcripts (Henderson, Nlicki, Novak, and Valdivar) | 3.75 225.00/hr | 843.75 |
| 10/18/02 Document review: Deposition transcripts ( Cohn and Police Officers) | 3.75 225.00/hr | 843.75 |
| 10/21/02 Document review: Additional depositions | 1.50 225.00/hr | 337.50 |
| 10/22/02 Document review:Additional criminal transcripts | 2.00 225.00/hr | 450.00 |
| 10/23/02 Document review: Criminal Trial transcripts | 4.75 225.00/hr | 1,068.75 |
| 10/28/02 Document review: List of agreed on facts | 1.25 225.00/hr | 281.25 |
| Client call(s): Mr. Parler  re: Hearing transcripts; fact mapping | 0.25 225.00/hr | 56.25 |
| Document review: Summaries of criminal trial transcripts | 1.50 225.00/hr | 337.50 |
| SUBTOTAL: | [     24.50 | 5,512.50] |
| For professional services rendered | 25.25 | $5,737.50 |
| Previous balance | | $2,737.50 |
| Balance due | | $8,475.00 |

11/1/02

Parler & Wobber

Page 3

Please make check payable to Crime Control Research Corporation.
Federal Id. No. 52-1241755.

Sincerely,

Lawrence W. Sherman
President

# Crime Control Research Corporation
3507 Baring Street
Philadelphia, PA 19104
(215) 243-1130

*3/17/03*

Parier & Wobber
The Hemenway Building
408 E. Joppa Road
Towson MD 21286
William C. Parler, Esq.

February 19, 2003

Invoice # 10844
RE: Dominic Novak v. Capital Restaurant t/a Zel Club

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| **Lawrence W. Sherman, Ph.D.** | | |
| 2/4/03 Conference: with Eva F. Sherman re: Facts of case | 0.25 300.00/hr | 75.00 |
| | 0.25 | 75.00 |
| SUBTOTAL: | | |
| **Eva F. Sherman, Esq.** | | |
| 10/31/02 Document review: Criminal trial transcripts | 4.25 225.00/hr | 956.25 |
| 11/4/02 Client call(s): Mr. Parler re: Alanis testimony | 0.25 225.00/hr | 56.25 |
| Client call(s): Mr. Parler re: Criminal trial transcripts | 0.25 225.00/hr | 56.25 |
| Document review: Testimony on location of persons inside club | 0.75 225.00/hr | 168.75 |
| 11/12/02 Document review: Fact mapping | 0.75 225.00/hr | 168.75 |

2/19/03

Parler & Wobber

Page    2

| | Hrs/Rate | Amount |
|---|---|---|
| 11/20/02 Document review: Review of materials sent | 0.25 225.00/hr | 56.25 |
| Case review | 0.50 225.00/hr | 112.50 |
| 12/10/02 Case review: Facts of case | 0.25 225.00/hr | 56.25 |
| 1/14/03 Case review: Review of documents needed | 1.00 225.00/hr | 225.00 |
| 1/16/03 Document review: Review of transcripts to date | 0.50 225.00/hr | 112.50 |
| 1/22/03 Case review | 1.25 225.00/hr | 281.25 |
| 2/3/03 Document review: Depositions received | 2.00 225.00/hr | 450.00 |
| 2/4/03 Conference: with Lawrence W. Sherman  re: Facts of case | 0.25 225.00/hr | 56.25 |
| Client call(s): Mr. Parler  re: Depositions, police crime data, etc. | 0.50 225.00/hr | 112.50 |

|  |  |  |
|---|---|---|
| SUBTOTAL: | [   12.75 | 2,868.75] |
| For professional services rendered | 13.00 | $2,943.75 |
| Previous balance | | $8,475.00 |
| 11/5/02 Payment - thank you | | ($2,737.50) |
| 12/12/02 Payment - thank you | | ($5,737.50) |
| Total payments and adjustments | | ($8,475.00) |
| Balance due | | $2,943.75 |

Please make check payable to Crime Control Research Corporation.
Federal Id. No. 52-1241755.

Sincerely,

$2|19|03$

Page   3

Parter & Wobber


Lawrence W. Sherman
President

6|9|03

# Crime Control Research Corporation
3507 Baring Street
Philadelphia, PA 19104
(215) 243-1130

Parler & Wobber
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
William C. Parler, Esq.

June 9, 2003

REVISED
**Invoice # NOVAK060903**

RE: Dominic Novak v. Capital Restaurant t/a Zei Club

| | Professional Services | Hrs/Rate | Amount |
|---|---|---|---|
| | **Lawrence W. Sherman, Ph.D.** | | |
| 05/27/03 | Conference with E.F. Sherman re: Facts of case | 0.50 300.00/hr | 150.00 |
| 06/03/03 | Questions for plaintiff's expert | 0.50 300.00/hr | 150.00 |
| 06/03/03 | Written reports: Expert report | 3.50 300.00/hr | 1,050.00 |
| **SUBTOTAL:** | | [ 4.50 | $1,350.00] |

| | | | |
|---|---|---|---|
| | **Eva F. Sherman, Esq.** | | |
| 03/24/03 | Conference: Mr. Parler re: Video, etc | 0.25 225.00/hr | 56.25 |
| 04/03/03 | Case review | 0.50 225.00/hr | 112.50 |
| 04/04/03 | Document review: Reading additional materials | 1.75 225.00/hr | 393.75 |
| 04/29/03 | Document review: depositions, etc. | 1.00 225.00/hr | 225.00 |

Parler & Wobber

| Date | Description | Hr/Rate | Amount |
|---|---|---|---|
| 05/02/03 | Document review: Plaintiffs' expert's materials, etc. | 0.75 225.00/hr | 168.75 |
| 05/02/03 | Client call: Mr. Parler re: case to trial | 0.25 225.00/hr | 56.25 |
| 05/03/03 | Document review: Expert designations | 0.25 225.00/hr | 56.25 |
| 05/03/03 | Document review: Mr. Parler re: trial of case, etc. | 0.25 225.00/hr | 56.25 |
| 05/12/03 | Case review: Rescheduling; documents needed, etc. | 0.25 225.00/hr | 56.25 |
| 05/13/03 | Document review: Past crime information in record | 0.50 225.00/hr | 112.50 |
| 05/13/03 | Document review: depositions | 0.75 225.00/hr | 168.75 |
| 05/13/03 | Document review: depositions | 0.25 225.00/hr | 56.25 |
| 05/14/03 | Document review: Police incident reports, printout of prior crimes, plaintiffs' expert reports, etc. | 3.25 225.00/hr | 731.25 |
| 05/17/03 | Case review: Review of case; L.W.S. questions | 0.75 225.00/hr | 168.75 |
| 05/20/03 | Research: Checked CALEA for standards | 0.50 225.00/hr | 112.50 |
| 05/20/03 | Case review for expert report | 1.25 225.00/hr | 281.25 |
| 05/20/03 | Document review: Fact review for expert report | 1.25 225.00/hr | 281.25 |
| 05/20/03 | Client call: Mr. Parler re: documents in case, etc. | 0.50 225.00/hr | 112.50 |

Parler & Wobber

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 05/20/03 | Document review: ABC documents | 0.25 225.00/hr | 56.25 |
| 05/20/03 | Document review: Depositions | 0.25 225.00/hr | 56.25 |
| 05/21/03 | Document review: Review of facts for expert report | 1.50 225.00/hr | 337.50 |
| 05/24/03 | Document review: Review of facts for expert report | 2.25 225.00/hr | 506.25 |
| 05/26/03 | Document review: Questions for plaintiff's expert | 2.75 225.00/hr | 618.75 |
| 05/27/03 | Conference w/ E.F. Sherman re: facts of case | 0.50 225.00/hr | 112.50 |
| 05/27/03 | Research: Club capacity; DC reports, etc. | 1.50 225.00/hr | 337.50 |
| 05/27/03 | Document review: Facts of case | 0.50 225.00/hr | 112.50 |
| 05/27/03 | Client call: Mr. Parler re: Capacity of club | 0.50 225.00/hr | 112.50 |
| 05/27/03 | Research: Occupancy; DC public regulations, etc. | 0.50 225.00/hr | 112.50 |
| 05/27/03 | Client call: Mr. Parler re: plaintiffs experts' | 0.25 225.00/hr | 56.25 |
| 06/02/03 | Document review: work on fact maps, etc, for expert report | 3.00 225.00/hr | 675.00 |
| 06/03/03 | Document review: Questions for plaintiff's expert | 0.25 225.00/hr | 56.25 |
| 06/03/03 | Document review: work on fact for expert report | 2.00 225.00/hr | 450.00 |

Parler & Wobber

Page 4 of 4   6/9/03

**Hrs/Rate   Amount**

06/05/03   Client call: Mr. Parler re: Branche deposition, etc.

0.25   56.25
225.00/hr

06/05/03   Written report: work on expert report

0.50   112.50
225.00/hr

**Hrs/Rate   Amount**

**SUBTOTAL:**

[   **31.00  $6,975.00]**

**Amount**

Total Amount of Invoice

$ 8,325.00

**Invoice Balance Due**

**$ 8,325.00**

Please make checks payable to Crime Control Research Corporation.
Federal Id. No. 52-1241755.

Sincerely,

Lawrence W. Sherman
President

**Crime Control Research Corporation**
3507 Baring Street
Philadelphia, PA 19104
(215) 243-1130

Pd 8/15/03

Parler & Wobber
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
William C. Parler, Esq.

July 31, 2003

**Invoice # NOVAK073103**

RE: Dominic Novak v. Capital Restaurant t/a Zei Club

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | Professional Services | | |
| | **Lawrence W. Sherman, Ph.D.** | | |
| 07/02/03 | Affidavit re: plaintiff's counsel motion to strike defense expert | 0.50 300.00/hr | 150.00 |
| 07/11/03 | Travel time: To Washington, D.C., for site visit | 2.50 300.00/hr | 750.00 |
| 07/11/03 | Site visit | 1.00 300.00/hr | 300.00 |
| 07/11/03 | Travel time: Return to Philadelphia, PA from Washington, D.C. | 2.50 300.00/hr | 750.00 |

SUBTOTAL: [ 6.50 $1,950.00]

| | | Hrs/Rate | Amount |
|---|---|---|---|
| | **Eva F. Sherman, Esq.** | | |
| 06/06/03 | Document review: Branche deposition | 1.00 225.00/hr | 225.00 |
| 06/06/03 | Document review: Facts of case | 1.00 225.00/hr | 225.00 |
| 06/09/03 | Document review: Facts of case; other documents | 1.00 225.00/hr | 225.00 |
| 06/20/03 | Clent call: Mr. Parler re: deadlines; L.W.S. deposition | 0.25 225.00/hr | 56.25 |
| 06/20/03 | Document review: Branche deposition | 0.50 225.00/hr | 112.50 |

7/31/03

Parler & Wobber

Page 2 of 2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 06/20/03 | Document review: Branche deposition | 0.50 225.00/hr | 112.50 |
| 06/23/03 | Document review: Branche deposition exhibits, etc. | 1.25 225.00/hr | 281.25 |
| 06/24/03 | Document review: Fact mapping | 0.75 225.00/hr | 168.75 |
| 06/24/03 | Client call: Mr. Parler re: Deposition, etc. | 0.25 225.00/hr | 56.25 |
| 06/30/03 | Document review: Plaintiff's counsel motion to strike experts | 0.50 225.00/hr | 112.50 |
| 07/02/03 | Document review: Review of documents in case for L.W.S. affidavit | 1.25 225.00/hr | 281.25 |
| | **SUBTOTAL:** | [ **8.25** | **$1,856.25]** |

Travel Expenses (Site visit: 07/11/03 – 07/12/03):

| | |
|---|---|
| Cab Fares | $ 40.00 |
| Round Trip Train Fare | 180.00 |
| Hotel | 157.00 |
| Meal | 30.00 |

**Total Travel Expenses**      **$ 407.00**

Total Amount of Invoice      $ 4,213.25

**Invoice Balance Due**      $ 4,213.25

Please make checks payable to Crime Control Research Corporation.
Federal Id. No. 52-1241755.

Sincerely,

Lawrence W. Sherman
President

**Crime Control Research Corporation**
**3507 Baring Street**
**Philadelphia, PA 19104**
**(215) 243-1130**

Parler & Wobber
The Hemenway Building
406 E. Joppa Road
Towson, Maryland 21286
William C. Parler, Esq.

11/07.

September 16, 2003

**Invoice # NOVAK090503**

RE:  Dominic Novak v. Capital Restaurant t/a Zei Club

| | Professional Services<br>**Lawrence W. Sherman, Ph.D.** | **Hrs/Rate** | **Amount** |
|---|---|---|---|
| 08/13/03 | Written reports: Affidavit in support of motion to exclude plaintiff's expert | 2.00<br>300.00/hr | 600.00 |
| 08/13/03 | Conference: w/ Eva Sherman re: Affidavit | 0.75<br>300.00/hr | 225.00 |
| 08/14/03 | Written reports: Affidavit | 3.25<br>300.00/hr | 975.00 |
| | SUBTOTAL: | [ 6.00 | $1,800.00] |

**Eva F. Sherman, Esq.**

| | | | |
|---|---|---|---|
| 07/08/03 | Client call: Mr. Parler re: Bates deposition, etc. | 0.25<br>225.00/hr | 56.25 |
| 08/10/03 | Document review: Depositions of plaintiffs' experts; Swetlow, Branche, and Bates for L.W.S. affidavit in Support of Daubert motion | 2.25<br>225.00/hr | 506.25 |
| 08/11/03 | Document review: Documents for L.W.S. affidavit for Daubert motion | 6.00<br>225.00/hr | 1,350.00 |
| 08/13/03 | Conference: w/ L.W. Sherman re: Affidavit | 0.75<br>225.00/hr | 168.75 |
| 08/14/03 | Document review: Work on documents for L.W.S. affidavit | 3.75<br>225.00/hr | 843.75 |

9/16/03
Page 2 of 2

Parler & Wobber
Invoice # NOVAK090503

**SUBTOTAL:**                          [    13.00  $2,925.00]

                                        $ 4,725.00

Total Amount of Invoice

                                        $ 4,725.00

**Invoice Balance Due**

Please make checks payable to Crime Control Research Corporation.
Federal Id. No. 52-1241755.

Sincerely,

Lawrence W. Sherman
President

# Parler & Wobber

*A Limited Liability Partnership*
*Attorneys at Law*

William C. Parler, Jr.*†
Kathleen M. Wobber*†

Jessica L. Russo*
Timothy Manuelides*

\* Licensed in Maryland
† Licensed in the District of Columbia
‡ Licensed in Virginia

The Hemenway Building
406 East Joppa Road
Towson, Maryland 21286-5401
(410) 832-1800 fax (410) 832-2536
baltimore@parlerwobber.com

Of Counsel

Mark E. Herrmann‡

Richmond Office
1015 East Main Street, 4th Floor
Richmond, Virginia 23223-0088
(804) 649-8847 fax (804) 649-3854
richmond@parlerwobber.com

March 17, 2004

Nancy Borregard, Claims Consultant
**ROYAL & SUN ALLIANCE**
1500 Market Place
P.O. Box 59419
Philadelphia, PA 19102-9419

> Re:   Novak v. Capital
> Claim: 2870063929-00
> DOL:  3/22/98

Dear Ms. Borregard,

Enclosed please find several invoices for services rendered in the above case.

| | |
|---|---|
| Forensic Neuroscience, Inc. | 307.50 |
| Dr. Robert Gordon | 120.00 |
| Dr. David Buchholz | 4,980.00 |

Please remit payment directly to the appropriate vendor. Thank you for your attention to this matter.

Very truly yours,

*Michele Perzan*

Michele K. Perzan
Billing Manager

Enclosure – 3 invoices

# INVOICE

**PLEASE REMIT TO NEW ADDRESS AT RIGHT**

# FₑNS

**Forensic NeuroScience, Inc.**
**PO Box 319**
**Fernandina Beach, FL 32035**
**904-321-2630**
**Fax 904-321-0162**

Bill To:

Parler & Wobber
Bill Parler, Esq.
406 E. Joppa Road
The Hemenway Building
Towson, MD 21286

| Date | Invoice # |
|---|---|
| 3/5/2004 | 721 |

| Terms | Case Caption |
|---|---|
| net 30 | Novak v. Capitol |

| Description | Qty | Service Date | Amount |
|---|---|---|---|
| Document Review 1.5  hours @205/hour | 1.5 | 3/2/2004 | 307.50 |

Tax ID 52-1928805

| | Total | $307.50 |
|---|---|---|

# ATTENDING PHYSICIAN'S STATEMENT
## ROBERT O. GORDON, MD
### Practice Limited to Orthopaedic Surgery

PLACE OF SERVICE
☐ DC
☐ MD
☐ VA

MAILING ADDRESS:
P.O. BOX 4070 • LARGO, MD 20775
(301) 229-8001

Fed. Tax I.D. No. 52-2257692    Medicare No. CO _____    D.C. Blue Cross No. _____    MD Blue Cross No. _____

| OFFICE SERVICES | | PROCEDURES | | | CASTS / SPLINTS | | |
|---|---|---|---|---|---|---|---|
| **NEW PATIENT** | 20550 | TENDON INJECTION | | 29075 | SHORT ARM CAST | R | L |
| LIMITED | 20600 | SMALL JOINT INJ./ASP. | R L | 29065 | LONG ARM CAST | R | L |
| EXPANDED | 20605 | INTER. JOINT INJ./ASP. | R L | 29425 | SHORT LEG WALKING | R | L |
| DETAILED | 20610 | LARGE JOINT INJ./ASP. | R L | 29365 | CYLINDER CAST | R | L |
| COMPREHENSIVE | | | | 29125 | SA SPLINT | R | L |
| COMPLEX | J0702 | CELESTONE SOLUSPAN | R L | 29105 | LA SPLINT | R | L |
| **ESTABLISHED PATIENT** | | | | 29130 | FINGER SPLINT | R | L |
| LIMITED | J1100 | LIDOCAINE | R L | 29085 | THUMB SPICA | R | L |
| EXPANDED | | | | 29405 | SHORT LEG CAST | R | L |
| DETAILED | | | | 29345 | LONG LEG CAST | R | L |
| COMPREHENSIVE | | **SPECIAL SERVICES** | | 99070 | MISCELLANEOUS SUPPLIES | | |
| COMPLEX | | INDEPENDENT MEDICAL EVALUATION | | | | | |
| POST OP VISIT | 99361 | CONF. W/REHB NURSE | | | **APPLIANCES** | | |
| PROLONGED VISIT | | | | A4460 | ACE BANDAGE | | |
| **CONSULTATIONS** | | | | A4565 | ARM SLING | | |
| LIMITED | | | | L4350 | AIR CAST | | |
| EXPANDED | | | | E0100 | CANE | | |
| DETAILED | | | | L3252 | CAST BOOT | | |
| COMPREHENSIVE | | | | L0120 | CERVICAL COLLAR | | |
| COMPLEX | | | | L3650 | CLAVICULAR SPLINT | | |
| **INPATIENT CONSULTS** | | | | E0112 | CRUTCHES | | |
| LIMITED | | | | L3800 | GAMEKEEPER SPLINT | | |
| EXPANDED | | | | L1830 | KNEE IMMOBILIZER | | |
| DETAILED | | | | L1820 | KNEE IMMOBILIZER - HINGED | | |
| COMPREHENSIVE | | | | L3260 | POST-OP SHOE | | |
| COMPLEX | | | | L0210 | RIB BELT | | |
| | | | | L6650 | SHOULDER IMM. - CANVAS | | |
| | | | | L3446 | TENNIS ELBOW SPLINT | | |
| | | | | L3908 | WRIST SPLINT | | |

| DIAGNOSES | | | | | |
|---|---|---|---|---|---|
| CERVICAL STRAIN | 717.9 | INTERNAL DERANGEMENT OF KNEE | R L | | |
| DORSAL STRAIN | 717.7 | CHONDROMALACIA OF KNEE | R L | | |
| LUMBAR STRAIN | 721.0 | DEGENERATIVE ARTHRITIS -CERVICAL | | | |
| BACK PAIN | 721.3 | DEGENERATIVE ARTHRITIS - LUMBAR | | | |
| NECK PAIN | 715.95 | DEGENERATIVE ARTHRITIS - HIP | R L | | |
| LUMBAR DISC DISPLACEMENT | 715.96 | DEGENERATIVE ARTHRITIS - KNEE | R L | | |
| LUMBAR STENOSIS | | | | | |
| LUMBAR RADICULITIS | | | REFERRING PHYSICIAN | | |
| KNEE STRAIN | R L | | | | |
| ANKLE STRAIN | R L | | DRS. SIGNATURE | | |
| BURSITIS OF SHOULDER | R L | | *R.O. Gordon MD* | | |

S SECTION FOR SURGICAL PROCEDURES, SERVICE DATES, ETC.

PLACE OF SERVICE
☐ IN PATIENT   ☐ OUT PATIENT
☐ OFFICE   ☐ EMERGENCY ROOM

HOSPITAL
☐ G.T.   ☐ SIB   ☐ WHC   ☐ NRH
☐

SERVICE DATE  3/5/04

PATIENT NAME  *Novak, Dominic*

BIRTHDATE

*Novak v Capital Restaurant*

**PATIENT DISABILITY STATEMENT**

| DATE FIRST SEEN | DATE LAST SEEN |
|---|---|
| DATE ACCIDENT OCCURED OR SYMPTOMS APPEARED   MO.   DAY   YR. | |

DISABILITY RELATED TO   ☐ ACCIDENT   ☐ INJURY   ☐ COMPENSATION   ☐ OTHER

UNABLE TO WORK
FROM _____ TO _____

O.K. TO RETURN TO WORK:

| CHARGES | PAYMENTS | CHK | NEW BALANCE |
|---|---|---|---|
| 120 | | CSH | |

**TO BE SEEN**
DAYS   WEEKS   MONTHS

DAVID BUCHHOLZ, M.D.

Neurology

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, MD 21093

Telephone (410) 583-2830

Telecopier (410) 583-2835

# INVOICE

Date: _2/27/04_

Re: _Novak v. Capitol Restaurant_
_41.002-05_

Dear _Mr. Carter:_

Enclosed please find a record of my time and expenses devoted to the above-captioned case. The total time is _3.7_ hours at $ _600_ per hour, and the total expenses are $ _____ , creating a **balance due of $** _2220_ .

This is payable to:

+ $ 2760  billed 2/3/04

$ 4980  balance due

David Buchholz, M.D., P.A.
10753 Falls Road, Suite 315
Lutherville, Maryland 21093

The tax ID number is: 52-2027402

Thank you very much.

Yours sincerely,

David Buchholz, M.D.

DB:CM

Enclosure

| Date | Item | Comment | Time | Expense |
|------|------|---------|------|---------|
| 2/26/04 | 1 | | 0.2 | |
| 2/26/04 | 1,2,3,7 | | 3.4 | |
| 2/27/04 | 7 | | 0.1 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Key to items:**

1 = receipt/review of correspondence
2 = receipt/review of records
3 = receipt/review of testimony
4 = receipt/review of radiographs
5 = telephone conversation
6 = scheduling
7 = preparation of report/ correspondence
8 = IME (time reserved)
9 = meeting
10 = testimony
11 = travel
12 = other

### DAVID BUCHHOLZ, M.D.
#### Neurology

Johns Hopkins at Green Spring Station
10753 Falls Road, Suite 315
Lutherville, MD 21093

Telephone (410) 583-2830                                    Telecopier (410) 583-2835

## INVOICE

Date: _2/3/04_

Re: _Novak v. Capitol Restaurant_
_41.002-05_

Dear _Mr. Parler_:

Enclosed please find a record of my time and expenses devoted to the above-captioned case. The total time is _4.6_ hours at $ _600_ per hour, and the total expenses are $ _____, creating a **balance due of** $ _2760_.

This is payable to:

David Buchholz, M.D., P.A.
10753 Falls Road, Suite 315
Lutherville, Maryland 21093

The tax ID number is: 52-2027402

Thank you very much.

Yours sincerely,

David Buchholz, M.D.

DB:CM

Enclosure